**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI LEVINGSTON, | No. C-09-0386 TEH (PR) |
| Plaintiff, | |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et. al., | ORDER OF TRANSFER |
| Defendant(s). | (Doc. #s 3 & 5) |

Plaintiff, a prisoner at California State Prison, Corcoran in Corcoran, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the counties of Kings and/or San Joaquin, which lie within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that in the interest of justice and pursuant to 28 U.S.C. § 1406(a) this action be TRANSFERRED to

1  the United States District Court for the Eastern District of
2  California.
3           The clerk shall transfer this matter and terminate all
4  pending motions as moot.
5
6           IT IS SO ORDERED.
7
8  DATED     03/26/09                _____
                                     THELTON E. HENDERSON
9                                    United States District Judge

26  G:\PRO-SE\TEH\CR.09\Levingston-09-386-transfer.wpd

2